# In the United States District Court for the Southern District of Georgia Waycross Division

JAMAL E. COLLINS,

    Plaintiff,

v.

THOMAS FERRELL; and ELIZABETH MARTYN,

    Defendants.

CIVIL ACTION NO.: 5:18-cv-73

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 24. No party to this action filed Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities, **DENIES** Plaintiff's Motion for Preliminary Injunction, and **DENIES** Plaintiff in forma pauperis status on appeal as to these dismissed claims.

Plaintiff's deliberate indifference claims against Defendants remain pending.

**SO ORDERED**, this \_\_20\_\_ day of \_\_August\_\_, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)