# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2020 MAR 13 AM 11: 55

CLERK _CGsbell_
SO. DIST. OF GA.

JAMAL E. COLLINS,

        Plaintiff,

    v.

THOMAS FERRELL; and ELIZABETH MARTYN,

        Defendants.

CIVIL ACTION NO.: 5:18-cv-73

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 50. No party filed Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS as unopposed** Defendant Martyn's Motion to Dismiss, and **DISMISSES without prejudice** Plaintiff's claims against Defendant Martyn.

**SO ORDERED**, this ___13___ day of ___March___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)