# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

JAMAL E. COLLINS,        )
                           )
     Plaintiff,         )
                           )
     v.                  )     CV 518-073
                           )
THOMAS FERRELL, et al.,   )
                           )
     Defendants.       )

## ORDER

Before the Court is Plaintiff Jamal Collins's Motion to be Heard on Appeal.  Dkt. No. 126.  Therein, Plaintiff expresses that he is unfamiliar with the logistics of pursuing an appeal and would like counsel appointed for him or instructions on how to file an appeal.  Id.

First, Plaintiff's motion for appointment of counsel is **DENIED.**  "A civil litigant, including a prisoner pursuing a section 1983 action, has no absolute constitutional right to the appointment of counsel. The appointment of counsel is instead a privilege that is justified only by exceptional circumstances[.]"  McCall v. Cook, 495 F. App'x 29, 31 (11th Cir. 2012) (quoting Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987) (citations omitted)).  This case involves no exceptional circumstances, and the record shows Plaintiff was able to adequately present his case.

As for Plaintiff's motion for instructions on how to file an appeal, his motion is **DENIED as moot**.  Plaintiff has successfully filed a Notice of Appeal in this Court, dkt. no. 124, and the record has been transmitted to the Eleventh Circuit Court of Appeals, dkt. no. 125.  The Eleventh Circuit will provide Plaintiff with the information he needs to pursue his appeal.

**SO ORDERED** this _10_ day of November, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2