# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Waycross Division

| | |
|---|---|
| JAMAL E. COLLINS, ) | |
| ) | |
| Plaintiff/Appellant, ) | |
| ) | 5:18cv073 |
| v. ) | |
| ) | |
| THOMAS FERRELL, M.D., ) | |
| in his individual and official ) | |
| capacities, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| JOY FERRELL, in her capacity ) | |
| as personal representative of ) | |
| Thomas Ferrell's estate, ) | |
| ) | |
| Defendant-Appellee. ) | |

## ORDER

The Judgment of this Court in the above-styled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This _16_ day of December, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA